# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2509
_____

SURAMA ALLENDE PARAJON,
Personal Representative of the
Estate of Ramon Aguiar,

      Appellant,

      v.

AMERICAN AIRLINES/SEDGWICK
CMS/AIU INSURANCE COMPANY,

      Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Edward Almeyda, Judge.

Date of Accident:  September 13, 2023.

November 13, 2024

PER CURIAM.

DISMISSED. Appellant has not established on the record provided that the order appealed is either final or a nonfinal appealable order. *See Shannon v. Cheney Bros., Inc.*, 157 So. 3d 397, 400 (Fla. 1st DCA 2015).

KELSEY, NORDBY, and LONG, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Toni L. Villaverde, Coral Gables, for Appellant.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.